IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-CV-02658-STV

STEVEN DANIEL FELIX

    Plaintiff,

v.

WILLIS INVESTMENTS OF DURANGO, LLC

    Defendant

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FRCP 41(a)(1)

TO THE HONORABLE JUDGE OF SAID COURT:

PLEASE BE ADVISED that the parties in this case, STEVEN DANIEL FELIX Plaintiff and WILLIS INVESTMENTS OF DURANGO, LLC Defendant have reached a resolution of Plaintiff's claims and pursuant to FRCP 41(a)(1)(A)(ii), request dismissal of all claims against Defendant in their entirety and with prejudice.

## STIPULATION

It is stipulated by and between the parties hereto that this action be dismissed with prejudice as to all parties and as to all causes of action with each party to bear their own attorney's fees and costs.

DATED:   January 26, 2023    FOR STEVEN DANIEL FELIX, Plaintiff

BY:   _/S/   R. Bruce Tharpe_
R. Bruce Tharpe
PO Box 101
Olmito, Texas 78575
(956) 255-5111 - Office
(866) 599-2596 - Fax

Texas State Bar ID No. 19823800
Federal Bar ID 13098

DATED: January 26, 2023  FOR WILLIS INVESTMENTS OF DURANGO, LLC,
Defendant

BY: ___*/s/ Marla C. Underell*___
Ms. Marla C. Underell
Law Firm of Marla C. Underell, LLC
The Crossroads
101 West 11th Street, Suite 104
Durango, CO 81301
(970) 403-8090 – Office
(970) 493-8091 - Fax